C. A. No. 78-258. STATE *v.* DAVID CONTILDES. Defendant's motion for release on bail pending appeal pursuant to Rule 9 is denied. *Julius C. Michaelson,* Attorney General, *Nancy Marks Rahmes,* Special Assistant Attorney General, for plaintiff. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Edward N. Beiser,* for defendant.